**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00564-CV

### DR. ERIC VANDERWERFF. D.C., Appellant

### V.

### THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND TEXAS DEPARTMENT OF INSURANCE-DIVISION OF WORKERS' COMPENSATION AND COMMISSIONER RYAN BRANNAN, IN HIS OFFICIAL CAPACITY, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-02886**

## ORDER

Before the Court is appellant's October 25, 2017 motion to extend time to file appellant's reply briefs. We **GRANT** the motion. Appellant's reply briefs shall be filed by November 22, 2017.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE